## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **BURAK SEZGIN,** *Plaintiff* | § § § |
| **VS** | § § Case No. A-20-CV-00031-JRN |
| **STATE FARM MUTUAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY,** *Defendants* | § § § § |

### FINAL JUDGMENT

On October 7, 2020 and October 9, 2020, by two separate stipulations of dismissal, the parties dismissed all claims in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 27, 28). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 12th day of October, 2020.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE